### Clara R. FULLER, Appellant,

v.

### FEDERAL EXPRESS, Appellee.

No. 03–2385.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 29, 2003.

Decided Sept. 19, 2003.

Clara R. Fuller, pro se, Cedar Rapids, IA, for Plaintiff–Appellant.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

**PER CURIAM.**

Clara R. Fuller (Fuller) appeals from the district court's [1] dismissal of her action alleging breach of contract, discrimination, and due process claims. Upon careful review of the record, we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.